UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DALLAS LEE BARNES,<br><br>                    Defendant. | CASE NO. CR 26-65-JNW<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances. If convicted as charged he faces a mandatory minimum term of ten years of imprisonment.

The Court finds Defendant has failed to overcome the rebuttable presumption that he is a danger to the community and a flight risk. Defendant was born in this district and has family members and friends in the area. However, he has a lengthy criminal history going back to 2003. His criminal record shows he is regularly arrested, he has repeatedly failed to appear for court hearings resulting in the issuance of arrest warrants and he has struggled with substance abuse.

DETENTION ORDER - 1

The Skagit County Superior Court issued an arrest warrant for mail theft which is pending, and Defendant was convicted this year in the Snohomish County Superior Court of Attempting to Elude a Police vehicle and is pending sentencing. Defendant is not licensed to operate a motor vehicle. The Court finds Defendant has failed to overcome the rebuttable presumption that he is a danger to the community and a risk of flight.

It is therefore **ORDERED**:

(1)      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)      Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)      On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)      The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 3rd day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2